# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Siobhan M. Kennedy**<br>　　　　　　　　　　　　**Debtor(s)**<br><br>**Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as successor to JPMorgan Chase Bank, National Association as Trustee for the First Franklin Mortgage Loan Trust 2004-FF10**<br>　　　　　　　　　　　　**Movant**<br>　　　vs.<br><br>**Siobhan M. Kennedy**<br>　　　　　　　　　　　　**Debtor(s)**<br><br>**Natalie Lutz Cardiello Esq.,**<br>**Trustee** | **BK NO. 19-23560 GLT**<br><br>**Chapter 7**<br><br>**Related    to    Claim    No.    26** |

## CERTIFICATE OF SERVICE OF
## MODIFIED DEFAULT ORDER

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 3, 2020, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Siobhan M. Kennedy
400 4th Street Apt. 1
Oakmont, PA 15139

Attorney for Debtor(s)
David J. Romito, Esq.
117 Fox Plan Road, Suite 303 (VIA ECF)
Monroeville, PA 15146

Trustee
Natalie Lutz Cardiello Esq.
107 Huron Drive (VIA ECF)
Carnegie, PA 15106

Method of Service:  electronic means or first class mail

Dated: January 3, 2020

　　　　　　　　　　　　　　　　　　　　**/s/James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com